David Ali Chami
SBN: 027585
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
david@pricelawgroup.com
Attorney for Plaintiff,
JASON PORTERFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JASON PORTERFIELD,<br><br>                    Plaintiff,<br><br>  v.<br><br> I.C. SYSTEMS, INC.,<br><br>                    Defendant. | No.   2:16-cv-01176-NVW |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, JASON PORTERFIELD, ("Plaintiff"), through his attorney, Price Law Group, APC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

**[INTENTIONALLY LEFT BLANK]**

1

RESPECTFULLY SUBMITTED,

DATED: May 19, 2016

By: /s/David Ali Chami
    David Ali Chami
    Price Law Group, APC
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On May 19, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Michelle Dove, at mdove@icsystem.com.